UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

        Plaintiff,

   v.

SHURGARD CALIFORNIA
PROPERTIES, LLC, et al.,

       Defendants.

Case No. 19-cv-05391-TSH

**ORDER TO SHOW CAUSE**

On December 6, 2019, the Court granted the parties' stipulation to extend the site inspection deadline to January 9, 2020, with all other dates adjusted accordingly. ECF No. 15. As there had been no further docket activity and the deadline to request mediation had passed, the Court ordered the parties to file a status report by March 9, 2020. ECF No. 16. In response, Plaintiff stated the parties conducted a site inspection on January 9 and met and conferred at that time, but due to a clerical oversight the required notice of need for mediation was not circulated. ECF No. 17. Based on Plaintiff's response, the Court ordered him to file a request for mediation by March 16, 2020. ECF No. 18. Plaintiff has failed to respond.

Accordingly, the Court **ORDERS** Plaintiff Samuel Love to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 26, 2020. No chambers copy is required. Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

   **IT IS SO ORDERED.**

Dated: March 18, 2020

THOMAS S. HIXSON
United States Magistrate Judge