UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHURGARD CALIFORNIA PROPERTIES, LLC,, et al.,<br><br>                    Defendants. | Case No.  19-cv-05391-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

As the mediation process is complete, Plaintiff Samuel Love has not filed a request for a case management conference under General Order 56, and there has been no further docket activity, the Court **ORDERS** Love to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Love shall file a declaration by November 6, 2020.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Love does not intend to prosecute, and the case will be dismissed without prejudice.</u>

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge